CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:95CR70074 |
| v. | ) |
| | ) FINAL ORDER |
| | ) |
| GREGORY A. MILTON | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is **ADJUDGED AND ORDERED** that the defendant's "MOTION FOR EQUITABLE RELIEF BASED ON THE UNCONSTITUITONALITY OF THE AEDPA SUCCESSIVE HABEAS PROVISIONS" (ECF No. 298) is **CONSTRUED** and shall be redocketed as a motion to vacate, set aside or correct the sentence and is **DISMISSED** without prejudice as successive; the defendant's motion to appoint counsel and motion for order to show cause (ECF Nos. 299-300) are **DISMISSED** as moot; and this § 2255 action is **STRICKEN** from the active docket of the court.

Further, finding that the defendant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

**ENTER:** This 18th day of May, 2011.

United States District Judge